IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00082-LTB-BNB

GERALD V. MILLER,

     Plaintiff,

v.

EXXONMOBIL CORPORATION, a New Jersey Corporation; and
BP PRODUCTS NORTH AMERICA INC., a Maryland Corporation,

     Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

Upon receipt of the parties' Stipulation of Dismissal with Prejudice, and being duly advised, the Court hereby ORDERS that this action is dismissed, with prejudice, each party to pay his or its own costs and attorney fees.

DATED this 24th day of August 24, 2007.

                            BY THE COURT:

                              s/Lewis T. Babcock
                            United States District Court Judge